UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | **CASE NO. 1:11-CR-409-LJO** |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER ON STIPULATION TO CONTINUE SENTENCING** |
| v. | ) ) | |
| FIDEL LEON BARRAZA | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the sentencing in this case currently scheduled for October 1, 2012 at 8:30a.m. be continued to November 5, 2012 at 8:30a.m. before the Honorable Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

Dated: September 27, 2012  \_/s/ Lawrence J. O'Neill_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE