UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **CASE NO. 1:11-CR-409-LJO** |
| | ) | |
| | ) | **ORDER ON STIPULATION** |
| Plaintiff, | ) | **TO CONTINUE SENTENCING** |
| | ) | |
| v. | ) | |
| | ) | |
| FIDEL LEON BARRAZA | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the sentencing in this case currently scheduled for November 5, 2012 at 8:30a.m. be continued to December 10, 2012 at 8:30a.m. before the Honorable Judge Lawrence J. O'Neill. Good cause was stated in the actual stipulation.

IT IS SO ORDERED.

**Dated: November 1, 2012**     /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE